■ JESSE MARCUS, Respondent, v. 1083-87 WILLOUGHBY AVE. CORPORA- TION, Appellant.— In an action by an employee of a tenant in a tenant-factory building against the owner to recover damages for personal injuries received when he slipped and fell down an elevator shaft, while operating an elevator, the appeal is from a judgment entered on a jury verdict in favor of respondent. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.